UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

SHANNON CARTER,

Plaintiff,

v.

WILLIAM KULOLOIA, *et al.*,

Defendants.

Case No. 3:25-cv-00146-MMD-CSD

**ORDER**

The Court screened Plaintiff Shannon Carter's complaint, dismissed the complaint in its entirety, and granted leave to amend. (ECF No. 4.) Plaintiff then filed a motion to screen the complaint (ECF No. 6) follow by a motion requesting an extension of time to file an amended complaint. (ECF No. 7.) The Court denies the motion to screen as moot and grants the motion for an extension of time.

It is therefore ordered that Plaintiff's motion to screen the complaint (ECF No. 6) is denied as moot.

It is further ordered that Plaintiff's motion requesting an extension of time (ECF No. 7) is granted.

It is further ordered that Plaintiff shall file an amended complaint by **February 13, 2026**.

It is further ordered that, if Plaintiff chooses not to file an amended complaint by **February 13, 2026**, this case will be dismissed without prejudice.

DATED: February 2, 2026.

_____
UNITED STATES MAGISTRATE JUDGE