UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SHANNON CARTER,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>WILLIAM KULOLOIA, *et al.*,<br><br>　　　　　　　Defendants. | Case No. 3:25-cv-00146-MMD-CSD<br><br>ORDER |

On April 7, 2026, the Court screened Plaintiff Shannon Carter's First Amended Complaint ("FAC") under 28 U.S.C. § 1915A. (ECF No. 11.) The Court dismissed the FAC in its entirety without further leave to amend and directed that the Clerk of the Court enter judgment accordingly and close this case. (*Id.* at 8-9.) The Court's order came back as undeliverable to Plaintiff. (ECF No. 13.) Plaintiff subsequently filed an updated address. (ECF No. 14.) In light of Plaintiff updating his address, the Court will direct the Clerk of the Court to send a courtesy copy of the screening order to Plaintiff at his new address.

It is therefore ordered that the Clerk of the Court send Carter a courtesy copy of the Court's screening order (ECF No. 11).

DATED THIS 17th Day of June 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE